**HALLIBURTON ENERGY SERVICES, INC. Plaintiff–Appellee,**

v.

**SMITH INTERNATIONAL, INC. Defendant–Appellant.**

No. 05–1133.

United States Court of Appeals, Federal Circuit.

Dec. 14, 2005.

## ORDER GRANTING JOINT MOTION TO DISMISS APPEAL AND FOR REMAND

On consideration of the Joint Motion to Dismiss Appeal and for Remand, the Court finds good cause to grant the motion.

This appeal is dismissed with prejudice, and this matter is remanded to the district court for further proceedings consistent with this Order and the Settlement and License Agreement entered into by the parties on December 2, 2005.